IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BUCK MOUNTAIN COMMUNITY ORGANIZATION, an unincorporated association, BOWER JOHNSTON, and HAROLD BOSWELL, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 2:08-cv-0040 )   Judge Trauger |
| TENNESSEE VALLEY AUTHORITY, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying memorandum, the defendant's Motion to Dismiss and for Summary Judgment (Docket No. 44) is **GRANTED**, the plaintiffs' Motion for Summary Judgment (Docket No. 48) is **DENIED**, and the plaintiffffs' claims are hereby **DISMISSED**.

It is so Ordered.

Entered this 18th day of May 2009.

_____
ALETA A. TRAUGER
United States District Judge